# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20-CR-2962-GPC |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE** |
| v. | |
| EDGAR JESUS ANAYA, | |
| Defendant. | |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, **IT IS HEREBY ORDERED** that the information in the above-entitled action be **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated: January 11, 2021

_____
Hon. Gonzalo P. Curiel
United States District Judge